UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -4 AM 10: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**UNITED STATES OF AMERICA,**

           Plaintiff,

           v.

**Agustin Ivan RIVERA-Martinez,**

           Defendant

Magistrate Docket No.

**'08 MJ 2405**

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **August 1, 2008** within the Southern District of California, defendant, **Agustin Ivan RIVERA-Martinez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4TH** DAY OF **AUGUST, 2008**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Agustin Ivan RIVERA-Martinez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 1, 2008, at approximately 4:25 AM, Border Patrol Agent B. J. Lopez was conducting linewatch operations in an area known as "East Smugglers." At approximately 4:35 AM, Sector Dispatch notified Agent Lopez, via Agency radio, of a seismic intrusion device activation in the East Smugglers area. East Smugglers is approximately 3 miles west of the San Ysidro, California Port of Entry and is directly adjacent to and extending north approximately 500 yards from the United States / Mexico International Boundary Fence. East Smugglers is often used by illegal aliens attempting to further their entry north into the United States. Agent Lopez responded to the area of the seismic intrusion device and after a brief search, discovered two individuals hiding in a line of trees and brush. Due the time of day, the close proximity to the border fence, the seismic intrusion device activation, and the behavior of the subjects, Agent Lopez decided to perform an Immigration Inspection. Agent Lopez identified himself as a United States Border Patrol Agent and questioned the subjects as to their citizenship. Both subjects, including one later identified as the defendant **Agustin Ivan RIVERA-Martinez**, admitted to being citizens and nationals of Mexico and neither were in possession of any immigration documentation that would allow them to enter or remain in the United States legally. Agent Lopez arrested both subjects at 4:45 a.m. and arranged for their transport to the Imperial Beach Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 12, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on August 2, 2008 at 10:00 A.M.**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 1, 2008**, in violation of Title **8**, United States Code, Section **1326**.

Anthony J. Battaglia
United States Magistrate Judge

8/2/08  11:40 am
Date/Time