1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5
6 Attorneys for Mr. Rivera-Martinez
7
8                     UNITED STATES DISTRICT COURT
9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )   Case No. 08mj2405
                             )
12         Plaintiff,   )
                             )
13 v.                          )
                             )   **NOTICE OF APPEARANCE**
14 **AGUSTIN RIVERA-MARTINEZ,**  )
                             )
15         Defendant.   )
                             )
16
17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                           Respectfully submitted,
21 Dated: August 12, 2008                    *s/ James M. Chavez*
                                                 Federal Defenders of San Diego, Inc.
22                                                  *james_chavez@fd.org*
23
24
25
26
27
28

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Rivera-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2405 |
| )  Plaintiff, ) | |
| ) v. ) | **PROOF OF SERVICE** |
| ) **AGUSTIN RIVERA-MARTINEZ**, ) | |
| )  Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

ASSISTANT UNITED STATES ATTORNEY
Efile.dkt.gc1@usdoj.gov

Dated: August 12, 2008             *s/ James M. Chavez*
                                    JAMES M. CHAVEZ
                                    Federal Defenders of San Diego, Inc.,
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail: james_chavez@fd.org